IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL METZ AND SHERRI METZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 23-2502** |

### ORDER RE: DEFENDANT'S MOTION TO DISMISS

**AND NOW**, on this 14th day of September, 2023, for the reasons laid out in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss in Part (ECF No. 9) is **GRANTED without prejudice**, with leave to file an Amended Complaint within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\Michael.2023\23-2502 Metz v. State Farm\23-2502 - DRAFT Order re MtD.docx