IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Daniel and Sherri Metz,**<br>Plaintiffs,<br><br>**v.**<br><br>**State Farm Fire and Casualty Company,**<br>Defendant. | **CIVIL ACTION**<br><br>**NO.** **23-2502** |

## ORDER RE: SUMMARY JUDGMENT

**AND NOW**, this 29th day of October, 2024, for the reasons stated in the foregoing Memorandum it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiffs' Motion for Summary Judgment is **DENIED**.  The Complaint is dismissed with prejudice and the Clerk shall close this case.

BY THE COURT:

 s/Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2502 Metz v State Farm\23-2502 Metz v. State Farm MSJ Order.docx